**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6506**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

JOSEPH PRYSOCK, a/k/a JoJo,

             Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Margaret B. Seymour, Chief District Judge.  (1:06-cr-00676-MBS-1)

Submitted:  June 7, 2012                Decided:  July 13, 2012

Before KING, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Prysock, Appellant Pro Se.  Jimmie Ewing, Mark C. Moore, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Prysock appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Prysock</u>, No. 1:06-cr-00676-MBS-1 (D.S.C. Feb. 17, 2012). We deny as unnecessary Prysock's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although Prysock argues on appeal that the district court erred in denying his post-conviction motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2011), we have no authority to entertain this claim. Prysock's notice of appeal specifically sought review of the district court's order denying his § 3582(c)(2) motion and, in any event, was not timely as to the lower court's earlier ruling denying Prysock's § 2255 motion. Thus, we lack jurisdiction to consider Prysock's challenge to the denial of § 2255 relief.